Form ntchrgBKSearc

Entered: 4/10/26

## UNITED STATES BANKRUPTCY COURT
### Eastern District of Texas

Adversary Proceeding:  24–06044
Judge:  Joshua P. Searcy

In Re:

PlantSnap Inc. et al v. Ralls

## NOTICE OF COURT PROCEEDING

PLEASE TAKE NOTICE that a hearing will be held at

https://us–courts.webex.com/meet/Searcy, Instructions at www.txeb.uscourts.gov

on Wednesday, April 22, 2026 at 09:30 AM

to consider and act upon the following:

Status Conference Set By Court (RE: related document(s)1 COMPLAINT: (62 (Dischargeability – 523(a)(2), false pretenses, false representation, actual fraud)),(67 (Dischargeability – 523(a)(4), fraud as fiduciary, embezzlement, larceny)),(68 (Dischargeability – 523(a)(6), willful and malicious injury)),(65 (Dischargeability – other)): filed by Plaintiff PlantSnap Inc.).. Hearing scheduled for 4/22/2026 at 09:30 AM at Virtual Hearing JSwebex. (jd)

Dated: April 10, 2026

Jason K. McDonald
Clerk, U.S. Bankruptcy Court