RITCHESON, LAUFFER & VINCENT, P.C.
Two American Center
821 ESE Loop 323, Suite 530
Tyler, Texas 75701
TEL: 903/535-2900
FAX: 903/533-8646
CHARLES E. LAUFFER, JR.
State Bar No. 11989400
ATTORNEYS FOR PlantSnap, Inc.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **ERIC RALLS** | § | **CASE NO. 24-60504** |
| **SSN:XXX-XX-0447** | § | **CHAPTER 7** |
| **6691 PARK SLOPE** | § | |
| **TYLER, TX 75703** | § | |
| | § | |
| **DEBTOR** | § | |
| | § | |
| | § | |
| **PLANTSNAP, INC.,** | § | |
| **PLAINTIFF** | § | **ADVERSARY PROCEEDING** |
| | § | **NO. 24-6044** |
| **vs.** | § | |
| | § | |
| **ERIC RALLS,** | § | |
| **DEFENDANT** | § | |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICES**

TO ALL PARTIES, please take notice that:

COMES NOW, CHARLES E. LAUFFER, JR., of RITCHESON, LAUFFER & VINCENT, P.C. and files this its Notice of Appearance and Request for Notices as counsel for PlantSnap, Inc. in the above-referenced matter, and pursuant to Bankruptcy Rules 2002, 3017, 9010, and 2017

respectfully requests that all notices given or required to be given in these proceedings and all papers served or required to be served in these proceedings be served upon the undersigned at the office, postal address and telephone number listed below.

PLEASE TAKE FURTHER NOTICE that PlantSnap, Inc. intends that neither this Notice nor any later appearance, pleading, claim, or suit shall waive: (a) PlantSnap, Inc.'s right to have final orders in non-core matters entered only after de novo review by a District Court; (b) PlantSnap, Inc.'s right to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases; (c) PlantSnap, Inc.'s rights to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (d) any other rights, claims, actions, defenses, set-offs, or recoupments to which PlantSnap, Inc. is or may be entitled.

Respectfully submitted,

RITCHESON, LAUFFER & VINCENT, P.C.
Two American Center
821 ESE Loop 323, Suite 530
Tyler, Texas 75701
TEL: 903/535-2900
FAX: 903/533-8646
charlesl@rllawfirm.net

BY:______________________________
CHARLES E. LAUFFER, JR.
STATE BAR NO. 11989400

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was mailed by United States mail, postage prepaid and/or electronic means, to all parties requesting notice and to:

Eric Ralls
6691 Park Slope
Tyler, TX 75703

Areya Aurzada
Law Office of Areya Holder, PC
PO BOX 2105
Addison, TX 75001-2105

Gregory W. Mitchell
The Mitchell Law Firm, LP
1100 West Campbell Road
Suite 200
Richardson, TX 75080

Kevin S Wiley, Sr
The Wiley Law Group, PLLC
325 N. St. Paul Street
Suite 4400
Dallas, TX 75201

Dean E. Richardson
Gould & Ratner LLP
1331 17th Street
Suite 1250
Denver, CO 80202

on this the 14th day of September, 2026.

CHARLES E. LAUFFER, JR.